UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.	CASE NO. 3:21cr-99-TJC-JBT
	18 U.S.C. § 1001(a)(2)

ALCIR DESOUZA

## INFORMATION

The Assistant Attorney General Charges:

At all times relevant to this Information:

### COUNT ONE

False Statement, 18 U.S.C. § 1001(a)(2)

Jurisdictional, Regulatory Background

1.  The United States Department of Labor (DOL) was a department and agency of the executive branch of the United States, and was responsible for the enforcement of the laws of the United States in the area of labor and employment conditions.

2.  The Occupational Safety and Health Administration (OSHA) was an agency of the DOL and was responsible for promulgation and enforcement of safety and health regulations covering workers throughout the United States. As such, OSHA promulgated regulations that addressed, among other things, the need to provide workers with fall protection. Specifically, a regulation promulgated by OSHA, found at 29 C.F.R. 1926.501(b)(1) and (b)(2), required that employers provide fall protection for employees working on surfaces greater than six feet in height above any lower level.

### Defendant Alcir DeSouza

3. Defendant Alcir DeSouza (DESOUZA) was the owner of DeSouza Framing, Inc. (DFI).

4. DFI was a residential and commercial framing contractor, located in or about St. Johns, Florida. DFI dissolved as a corporation in July 2018.

5. As owner of DFI, DESOUZA exercised control over all aspects of the business, including the size of work crews, choosing jobsites for DFI employees and subcontractors to work, payment of employees, and compliance with OSHA regulations.

6. Company A was a payroll company, also known as a leasing agent, located in Worcester, Massachusetts. Company A operated only as a payroll company/leasing agent.

7. Company A did not perform and never had performed residential or commercial framing, nor employed anyone who performed residential or commercial framing.

### Agreement between DFI and Company A

8. In or about October 2017, DESOUZA formed an agreement with the owner of Company A, whereby Company A would serve as a payroll company/leasing agent for DFI, by issuing paychecks to individual DFI employees and subcontractors.

9. At no time during this arrangement did the owner of Company A, or any employee of Company A, perform or supervise any framing work at any DFI jobsite.

## OSHA Investigation

10.     On or about December 20, 2017, an OSHA Compliance Safety and Health Officer (CSHO), conducted an inspection at a DFI jobsite in St. Johns, Florida. The investigation was in response to allegations that the framing contractor at the site had failed to provide fall protection for the employees. While at the jobsite, a DFI employee—at the direction of DESOUZA—falsely represented to the CSHO that he worked for Company A.

11.     In or about December 2017 through in or about January 2018, DESOUZA contacted the owner of Company A several times in an effort to get the owner of Company A to back sign a contract which DESOUZA would present to the CSHO to make it appear that Company A was a framing subcontractor, when in fact no such contract ever existed.

12.     On or about January 29, 2018, in the Middle District of Florida, Defendant

ALCIR DESOUZA

in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that Defendant stated to an investigator from the OSHA, an agency of the DOL, that he "subcontracted" with Company A "to do the framing work" for DFI on the St. Johns, Florida jobsite; whereas, as Defendant then and there well know and believed, he never subcontracted with

3

Company A to do the framing work at the St. Johns, Florida jobsite.

All in violation of 18 U.S.C. § 1001(a)(2).

DATED: September 7, 2021

Jean Williams
Acting Assistant Attorney General
Environment and Natural Resources Division

_____
DANIEL W. DOOHER
Senior Trial Attorney
Environmental Crimes Section